Steven L. Kester (SBN 82071)
Francis E. Quinlan (SBN 84690)
Jack W. Rippy (SBN 213478)
KESTER & QUINLAN LLP
680 Newport Center Drive, Suite 100
Newport Beach, California 92660
Telephone:   (949) 759-7760
Facsimile:    (949) 760-8156

Attorneys for Plaintiff
HENRY JAMES WEILAND

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JAMES WEILAND, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN AIRLINES, a business entity, form unknown, and DOES 1-50, Inclusive,<br><br>            Defendants. | Case No.  SACV 07-01477-JVS-ANx<br><br>Assigned to  Honorable James V. Selna<br>Courtroom:   10C<br><br>ORDER RE DISMISSAL WITHOUT PREJUDICE |

GOOD CAUSE HAVING BEEN SHOWN TO THE SATISFACTION OF THE COURT,

IT IS HEREBY ORDERED that pursuant to the stipulation entered into on February 6, 2008 by and between the parties to this action through their respective designated counsel, the above-captioned action is hereby dismissed without prejudice pursuant to FRCP 41(a)(1)(ii).

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney fees incurred in connection with the action being dismissed.

Dated: February 25, 2008

_____
United States District Judge
James V. Selna

1
[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE